Case 3:96-cv-01941-H-AJB   Document 1   Filed 11/12/96   PageID.1   Page 1 of 5

USDC SCAN INDEX SHEET







ECHEVERRIA

LINDLEY

DB
3:96-CV-01941
*1*
*CMP.*

FILED
NOV 12 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SERGIO ECHEVERRIA J-32595
(Enter above the full name of the plaintiff in this aciton.)

v.

STEVE LINDLEY
WILLIAM WEGNER
LEVY HART
STEVENSON
(Enter above the full name of the defendant or defendants in this action.)

'96 1941 H AJB

Complaint Under the
Civil Rights Act, 42 U.S.C. §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [ ]   No [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.]

      1. Parties to this previous lawsuit

         Plaintiffs          N/A

         Defendants _____

      2. Court [if federal court, name the district; if state court, name the county]

         _____

      3. Docket number          N/A

      4. Name of judge to whom case was assigned     N/A

      5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?]

         N/A

1

      6.    Approximate date of filing lawsuit    N/A

      7.    Approximate date of disposition    N/A

II. Place of Present Confinement SALINAS VALLEY STATE PRISON P.O. BOX 1050 SOLEDAD, CA 91950

   A.   Is there a prisoner grievance procedure in this institution? Yes [ ] No [X]

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

   C.   If your answer is YES,

      1.    What steps did you take?    N/A

      2.    What was the result?    N/A

   D.   If you answer is NO, explain why not I WAS TOLD NOT TO BY A DOCTOR

   E.   If there is no prison grievance procedure in the instution, did you complain to prison authorities? Yes [X] No [ ]

   F.   If your answer is YES,

      1.    What steps did you take? I TOLD THE MEDICAL STAFF

      2.    What was the result? THEY JUST WROTE IT DOWN

III. Parties

[In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

   A.   Name of Plaintiff SERGIO ECHEVERRIA # J-32595

      Address P.O. BOX 1050 SOLEDAD, CA 91950

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment for additional defendants, if any.]

B. Defendant STEVE LINDLEY #340 is employed as A NATIONAL CITY POLICE OFFICER at 1200 NATIONAL CITY BLVD. NATIONAL CITY, CA 91950

C. Additional Defendants WILLIAM WEGENER #942 POLICE OFFICER 1200 NATIONAL CITY BLVD. NATIONAL CITY, CA 91950. LEVY HART #354 N.C. POLICE OFFICER 1200 NATIONAL CITY BLVD. NATIONAL CITY, CA 91950. N.C. POLICE OFFICER STEVENSON 1200 NATIONAL CITY BLVD. NATIONAL CITY CA 91950.

## IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

NATIONAL CITY POLICE OFFICERS LINDLEY AND STEVENSON TACKLED ME TO THE FLOOR. WHILE I WAS ON THE FLOOR STEVENSON WAS ON TOP OF ME AND LINDLEY HAD HIS FOOT ON THE BACK OF MY HEAD. OFFICERS LINDLEY AND HART BEAT ON MY LEGS AND BODY WHILE I WAS HANDCUFFED. OFFICER WEENER AND HART THEN DRAGGED ME TO THEIR CAR AND THREW ME IN THE BACK SEAT. THEY INJURED MY LEGS AND BACK

## V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I WANT THE COURT TO DISIPLINE THE OFFICERS AND I WANT THEM TO PAY FOR MY NEEDED OPERATION ON MY LEGS. I ALSO WANT TO BE COMPENSATED FOR MY PAIN AND SUFFERING.

Signed this 6 day of NOV, 1996.

Sergio Echeverria
[Signature of Plaintiff]

I declare under penalty of perjury that the foregoing is true and correct.

NOV. 6, 1996        Sergio Echeverria
[Date]              [Signature of Plaintiff]

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Sergio Echeverria

**DEFENDANTS**
Steve Lindley

FILED
NOV 12 [1996]
CLERK, U.S. DIST[RICT]

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Sergio Echeverria J 32595
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 91950

ATTORNEYS (IF KNOWN)

'961941

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. §1983

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury— Med Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
DEMAND $ _____
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 11/12/96
SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT